# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| LOUIS V. DAVIES, | Civil No. 3:20-CV-06244-RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including May 3, 2021, to file a Response to Plaintiff's Complaint.

DATED this 1st day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1         ORDER - [3:20-CV-06244-RSM]

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3704
Fax:  (206) 615-2531
summer.stinson@ssa.gov